# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

**Ambria Almon, Plaintiff,**

v.

**University of Chicago Medicine, Defendant.**

Case No.: [To be Assigned]

**1:25-cv-12718:**
**Judge Jeffrey I Cummings**
**Magistrate Judge Jeffrey T. Gilbert**
**Random/Cat. 2**

RECEIVED

OCT 1 7 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

(Disability Discrimination, Retaliation, Hostile Work Environment - Americans with Disabilities Act, 42 U.S.C. Section 12101 et seq.; Illinois Human Rights Act, 775 ILCS 5/1-101 et seq.; University Policies)

## PARTIES

1. Plaintiff, Ambria Almon, is a resident of La Porte, Indiana, employed as a Certified Pharmacy Technician II at University of Chicago Medicine - Hyde Park campus.
2. Defendant, University of Chicago Medicine, is a healthcare provider located in Chicago, Illinois, and an employer under the ADA and Illinois Human Rights Act.

## JURISDICTION AND VENUE

3. Jurisdiction arises under 42 U.S.C. Section 12101 et seq. (ADA) and Illinois Human Rights Act, 775 ILCS 5/1-101 et seq.
4. Venue is proper in the Northern District of Illinois, Eastern Division, because the events giving rise to this complaint occurred in this district and Defendant maintains its principal place of business therein.

## FACTUAL ALLEGATIONS

Employment Background and Disability Disclosure
5. Plaintiff began employment as a Certified Pharmacy Technician II at University of Chicago Medicine, Hyde Park, in October 2024. Shortly thereafter, she disclosed her disability - chronic nerve pain from prior scoliosis surgery and a severe semi-truck accident - and requested reasonable accommodations.

Failure to Accommodate and Disability Discrimination
6. On December 29, 2024, Plaintiff was reassigned without notice to the Center for Care and Discovery (CCD) building, a physically demanding area where she had not been trained.

7. Plaintiff informed Kari Ford, who manages narcotics technicians (non-union), of her limitations. Ms. Ford dismissively told Plaintiff: 'either do your job or go home', forcing her to leave work in pain.

8. Plaintiff submitted medical documentation and formal accommodation requests to Human Resources in February 2025. Despite follow-ups, no timely response was provided, and Plaintiff continued to be assigned tasks that aggravated her disability.

9. These actions violated the University's own Americans with Disabilities Act Policy, which requires reasonable accommodations for employees with documented disabilities.

Hostile Work Environment and Unequal Terms

10. Plaintiff experienced a hostile and disparate work environment, including denial of schedule adjustments while coworkers' similar requests were granted; disproportionate assignment to physically demanding CCD duties; and denial of medically necessary breaks.

11. These actions are inconsistent with the University's Policy on Harassment, Discrimination, and Sexual Misconduct, which prohibits discriminatory treatment and retaliation.

Retaliation and Improper Disciplinary Actions

12. Plaintiff suffered a panic attack in March 2025 due to extreme pain and stress. Management failed to acknowledge or excuse absences despite receiving medical documentation.

13. On April 23, 2025, Plaintiff was improperly issued a verbal warning related to attendance, without procedural compliance and without proper representation, in violation of the University's Business Conduct Policy.

Grievance Irregularities Involving Kari Ford

14. Two grievances were issued by two separate members of management, each pertaining solely to Plaintiff. Kari Ford attended both grievance meetings with union representatives but did not sign as a witness.

15. As management of non-union narcotics technicians, Ford's failure to properly document grievance proceedings demonstrates bias, procedural irregularity, and retaliatory intent, contrary to the University's Whistleblower and Corrective Action Policies.

Causation and Harm

16. Defendant's actions - including disability discrimination, failure to accommodate, hostile work environment, unequal terms, and retaliation - caused Plaintiff substantial physical pain, severe emotional distress, financial harm, exacerbation of pre-existing nerve pain, impaired ability to perform job duties, and negative impacts on overall health and well-being.

**CLAIMS FOR RELIEF**

COUNT I - Disability Discrimination and Failure to Accommodate (ADA, 42 U.S.C. Section 12112; University ADA Policy)

COUNT II - Retaliation (ADA, 42 U.S.C. Section 12203; University Whistleblower Policy)

COUNT III - Hostile Work Environment (ADA, IHRA; University Harassment & Discrimination Policy)

COUNT IV - Unequal Terms and Conditions of Employment / Disparate Treatment (IHRA; University Business Conduct Policy)

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Order immediate provision of all reasonable accommodations under the ADA;
2. Conduct a thorough investigation into hostile work environment and retaliatory conduct;
3. Expunge retaliatory corrective actions and implement measures to prevent further retaliation;
4. Award compensatory damages in the amount of $200 million for physical, emotional, and financial injuries sustained;
5. Award punitive damages to punish and deter Defendant's willful and egregious misconduct;
6. Grant any other relief the Court deems just and proper.


Respectfully submitted,


_____

Ambria Almon
Plaintiff, Pro Se
PO Box 719, La Porte, IN 46352
Email: aalmon02@gmail.com
Phone: 773-339-6746


Dated: [Insert Date]

Hello Everyone ,

Pharmacy technician, fairly new to the organization as of October of this year.

I walked into the facility and got moved from Comer Expeditor to CCD . Unfortunately, today I am experiencing, a significant amount of back pain . I have scoliosis . Had a back surgery for my scoliosis . I come in , EVERYDAY , and do my best . I do not allow my illness , trump my performance , EVER !

Today ,
I come in ; see I'm at CCD . I go to CCD , I vocalize my I'm in pain , and unfortunately I will not be able to stand on my feet all day . I am not disabled , I can perform my job duties , but instead of calling off , I came in regardless, because when I applied , I gave this company my word .

After stating I cannot stand all day , Kari the pharmacist in CCD today . Her and I exchanged words . She felt the need to vocalize that she is a " a pharmacist, she went to pharmacy school and should not be on a carousel ." She also felt the need to state , " you either stay and do your job , or go home ." Not to

   

Reply All

being of assistance has never been the issue , because I

   

Mail · Calendar · Copilot · Apps

After stating I cannot stand all day , Kari the pharmacist in CCD today . Her and I exchanged words . She felt the need to vocalize that she is a " a pharmacist, she went to pharmacy school and should not be on a carousel ." She also felt the need to state , " you either stay and do your job , or go home ." Not to mention , I have NEVER been trained in CCD. I've helped ONCE, for 3 hours because they were short . So being of assistance has never been the issue , because I also do over time and stay over if help is needed .
I did tell her I am upset because my back is hurting , and it's a lot to keep being bounced around . I get it , we are short staffed . There is an obsessive amount of call offs . The pharmacist are also overwhelmed , and their peace of mind is as important , as the technicians .

I do not disrespect my superiors , or my colleagues, and I would like the same returned . Once she stated I was free to stay or go home . I clocked out . I do not want to be in a hostile work environment. It's uncomfortable.

I have not left waiting on a response from my other managers . However , I did clock out since I am not working . If I do not get a response , I will leave out the facility for the day , because I do not want to be sitting around and not on the clock



      

Mail    Calendar    Copilot    Apps

〈

yesterday. Today was not going to be a good day for me, however, I showed up and immediately started doing the work that by all intents and purposes are concerned is not my job, but I do it because patient care is my top priority and I am willing to do whatever to ensure our patients are taken care of. The team doesn't need to know my day is not at 100%, our patients surely do not care, but what I can control is my actions and how I respond. Come in, do the work, and try to uplift others around me.

Speaking in very firm, borderline disrespectful tones to our pharmacists, or professing your medical issues in the middle of the pharmacy are not conducive to patient care. If you wanted to side bar me regarding your medical issues, like how another tech did to me earlier today, you can do that. If you would like to seek medical accommodations, there are means of doing that as well. However, as it stands today, the work still needs to be done, while not bringing the morale and energy of the team down. These are not qualities that we want of members of our team as we are trying to actively change the culture of our department for the better. One where every does high performing work, feels valued, and knows that their feedback on how to grow/change is appreciated.

As stated before, the options are either to come in, work on



As stated before, the options are either to come in, work on the CCD carousel, and we can work together to get it done and I can answer any questions you may have because I recognize help is better than no help. Our patients will inevitably be in a better position with you here than without. Or you can go home and take the occurrences for leaving your shift early.

You are a good technician Ambria, and I don't want this to become an ongoing issue, but those are still your options.

Thanks,
Kari

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Sunday, December 29, 2024 9:12 AM
**To:** #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>; Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>
**Subject:** Issues

Hello Everyone ,

Pharmacy technician, fairly new to the organization as of October of this year.



Expeditor to CCD . Unfortunately, today I am

I have not left waiting on a response from my other managers . However , I did clock out since I am not working . If I do not get a response , I will leave out the facility for the day , because I do not want to be sitting around and not on the clock .

I would like for someone to contact me as soon as possible , because I want to be here , I want to work . However , being told , " I'm a pharmacist " , etc , and " I should not be on a carousel because I went to pharmacy school." Is unethical . We ALL should do what is best for the company , and not is what is best for ourselves .

If I need to contact my surgeon . Obtain a doctors note, or you all need medical records , I would be more than happy to obtain them .

Thank you all for your time ! Hope to hear from someone soon!

Thank you !

-Ambria

Get [Outlook for iOS](https://aka.ms/o0ukef)



 Outlook

---

**Re: Issues**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Date** Sun 12/29/2024 9:57 AM
**To** Ford, Kari [UCM] <Kari.Ford@uchicagomedicine.org>; #UCM-Pharmacy Supervisors
<PharmacySupervisors@uchicagomedicine.org>; Bynum, Ronnie [UCM]
<Ronnie.Bynum@uchicagomedicine.org>

Hello ,

I did not leave early . I was told to go home . I drove an hour to be here . Therefore, it was a punch to be told to go home . Aware there were four other people there . I stated my back was hurting , and I cannot stand up all day . I speak for everyone that is new , the technicians will longevity are being taken care of . Those who are new , we can either keep up , or not . That's what I heard . I am extremely uncomfortable after that conversation because I've talked to each other pharmacist, and no issue . I've waited for a response, and I've have already left to drive back home.
Also ,
I did not have a tone ; I naturally talk stern . We have never encountered each other up until this day , so you would not know that about me . I am not disrespectful or rude at all .

I will return with a formal doctors note upon my grievances being a burden.

Thank you !

Have a wonderful day !

   - Ambria

Get Outlook for iOS

---

**From:** Ford, Kari [UCM] <Kari.Ford@uchicagomedicine.org>
**Sent:** Sunday, December 29, 2024 9:37:44 AM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>; #UCM-Pharmacy Supervisors
<PharmacySupervisors@uchicagomedicine.org>; Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>
**Subject:** RE: Issues

Good Morning Ambria,

I appreciate you reaching out about our conversation in the pharmacy earlier today, and I can respect your perspective on what happened. However, I do have my own thoughts and perspectives to what occurred. Regardless, there were 4 others in the pharmacy during that time.

There is absolutely no doubt that you have brought value and hard work to this department, and I don't want what transpired today to overshadow that. I truly mean that as those are traits and qualities I saw within you

 Outlook

---

## RE: Corrective Action

---

**From** Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>

**Date** Wed 4/23/2025 9:42 PM

**To** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>

Hey I just saw your epic message the dates that Shawna has are as follows:
11/25/25 tardy 0646
1/20/25 tardy 0830
1/21/25 tardy 1445
1/29/25 tardy 0814
2/4/25 tardy 0643
3/13/25 call off
4/11/25 call off

Let me know if there is anything else you need.

Thanks,

**Octavia Dunn, Pharm.D**
Manager of Pharmacy Distribution Systems
UChicago Medicine | 5700 S Maryland Ave | Chicago, IL 60637
Office: (773)926-1220
**AT THE FOREFRONT**
**UChicago Medicine**

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Wednesday, April 23, 2025 3:56 PM
**To:** Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>
**Cc:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>; Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>
**Subject:** Re: Corrective Action

Sounds good. See you then.

Thank You
Best Regards,

**Ambria Almon, CPhT**
**UChicago Medicine**
**5841 S. Maryland Ave.|Chicago|IL 60637**
**Ambria.Almon@uchicagomedicine.org**



---

**From:** Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>
**Sent:** Wednesday, April 23, 2025 3:52 PM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Cc:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Subject:** Corrective Action

Hello,

You requested to have a union rep present for your documented verbal. We will meet Friday 4/25/25 at 3:30 pm.

Thanks,

**Octavia Dunn, Pharm.D**
Manager of Pharmacy Distribution Systems
UChicago Medicine|5700 S Maryland Ave|Chicago, IL 60637
Office: (773)926-1220



 Outlook

---

**Fw: Early Leave**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Date** Fri 4/25/2025 8:48 PM
**To** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>; Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>

📎 1 attachment (24 KB)
Back Pain 03:11:25 2.pdf;


Hello,

This is the doctor's note I sent to you all . I was never notified whether or not it was excused?

Best Regards,

**Ambria Almon, CPhT**
UChicago Medicine
5841 S. Maryland Ave.|Chicago|IL 60637
Ambria.Almon@uchicagomedicine.org



---

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Wednesday, March 12, 2025 8:01 PM
**To:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>; Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>; Moreno, Benjamin

[UCM] <Benjamin.Moreno@uchicagomedicine.org>
**Cc:** Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>
**Subject:** Early Leave

Hello ,
Due to extreme back pain , Octavia was notified by me. I was told management cannot send me home; however , if I am not feeling well, I have the right to leave .

HR does have documentation from my physician. Communication must have gotten lost in the wind.

I did seek medical help after my departure from work. Attached is the documentation.

Thank you !

Best,

Ambria Almon

 **Outlook**

---

**Re: Occurrences/ June 7th BID**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>

**Date** Tue 4/29/2025 12:47 PM

**To**   Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>

Hello Shawna ,

How are you ?
Thank you for taking care of me before your departure . I believe that covers everything .

Thank you !

Best ,

Ambria Almon

Get Outlook for iOS

---

**From:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Sent:** Tuesday, April 29, 2025 10:27:49 AM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Cc:** Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>; Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>
**Subject:** Re: Occurrences/ June 7th BID

Hi Ambria,

I checked my email and I didn't get your doctor's note for the 13th until after I had written up the corrective action.  Now that I have that note, the occurrence for that day has been removed.  I also removed the occurrence for 4/11 since that was family sick.   hat leaves you with 3 occurrences.  I've attached the new attendance logand shredded the corrective action.  I apologize for not being able to meet with you personally to discuss this corrective aciton.  Usually, we're able to clear these things up during those meetings.

I've removed you from the schedul for June 7th. Typically, technician can only be removed form a bid without accumulating an occurrence prior to the bid being awarded. But, since you informed me so far in advance, I'm not going to give you an occurance this time.

I hope this clears everything up. If you still want to meet in person, let me know. We can set something up.

Shawna

Shawna Cook, Pharm.D BCPS, BCSCP
Manager, Pharmacy Distribution Systems
The University of Chicago Medical Center

---

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Monday, April 28, 2025 9:19 PM
**To:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Cc:** Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>
**Subject:** Occurrences/ June 7th BID

Hello Shawna,

How are you?

because you would prefer to meet with you, because you are my direct report until your departure. I emailed a doctors note for March 12th and March 13th. I also tagged Benjamin Moreno, Octavia Dunn, as well as my union representative, Ronnie Bynum. No one responded to the email stating if the absence was excused or not. The occurrence I had recieved April 12th I believe, I called in family sick, and it was listed as a personal sick?

I also emailed you March 30,2025, on how many occurrences I have, you did not respond back to that email. Octavia spoke with me about a verbal, and I did not agree with the last two occcurences. She stated I can bring in my union representative as well. I did not know I had to request the union representative myself, so Friday, April 25,2025, at 3:30p I did state, "I did not agree with the last two occurences. Octavia suggest I come in earlier one day to speak with you directly. Which I would prefer , hopefully before your last day.

If I am unable to get a union represent, I would like to respectfully request a technician to be a witness. Also , I did email you regarding June 7th , I believe. I accidentally bidded on a position I've never worked before, and I kindly ask for that shift to be removed.

Thank you!

Best Regards,

Ambria Almon

Best Regards,

**Ambria Almon, CPhT**

UChicago Medicine

5841 S. Maryland Ave.|Chicago|IL 60637

Ambria.Almon@uchicagomedicine.org





THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

Print Form

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

**Employee Information**

Employee Name: Almon, Ambria                    Job Title: Pharmacy tecnhician 2
Dept./Cost Center: Pharmacy 64100               Manager: Shawna Cook
Date Issued:                                    Union: 743

**Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination**

### I.    CORRECTIVE ACTION (Check only one)

1. ☒ Documented Verbal Warning (*Retain in Department File Only*)
2. ☐ Written Warning
3. ☐ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation?    Yes ☐ No ☐

Employee was suspended without pay for    working days, from    through    .

### II.    REASON(S) FOR CORRECTIVE ACTION

☒ Violation of Biweekly Employee Attendance Policy    ☐ Unsatisfactory Work Performance    ☐ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☐ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☐ Other

Description or reason(s) for action:

5 attendance occurances in a rolling 12 month period. Please see attached.

A copy of this form was:    ☐ given to/    ☐ mailed to the above employee on    (date).

_____    _____
Employee Signature    Date

_____    _____
Manager Signature    Date

_____    _____
Union Representative Signature  (or/if)  Union Representative Waived    (*Employee Initials*)    Date

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only.

Revised E/LR 1/2010

# University of Chicago Medicine - Pharmacy Department - Time and Attendance Log
(Effective July 15, 2014 concurrent with new Time and Attendance Policy)

**Employee Name: Almon, Ambria**

**Date of Last Corrective Action (include type of CA):** _____

**Occurrence Log:**                                          **Continuation:**

\*\*no previous corrective action, 5 occurrences result in verbal warning
\*\*previous corrective action in less than 6 months, 1 occurrence results in next level of corrective action
\*\*previous corrective action in last 6-12 months, 1 occurrence results in repeat of last level of corrective action

| Date | Reason | # Occurrences | Approved (FMLA/Other) | # Cumulative Occurrences |
|------|--------|---------------|-----------------------|--------------------------|
| 11/25/24 | Tardy 0646 | 0.5 | | 0.5 |
| 1/20/25 | Tardy 0830 | 0.5 | shift started at 0800 | 1 |
| 1/21/25 | Tardy 1445 | 0.5 | | 1.5 |
| 1/29/25 | Tardy 0814 | 1 | Shift started at 0630 | 2.5 |
| 2/4/25 | Tardy 0643 | 0.5 | | 3 |
| 3/13/25 | Call off MD note | 1 | | 4 |
| 4/11/25 | Call off Family Sick | 1 | | 5 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Corrective Action Received (Date):**

| Date | Reason | # Occurrences | Approved (FMLA/Other) | # Cumulative Occurrences |
|------|--------|---------------|-----------------------|--------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Corrective Action Received (Date):**

| Date | Reason | # Occurrences | Approved (FMLA/Other) | # Cumulative Occurrences |
|------|--------|---------------|-----------------------|--------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Corrective Action Received (Date):**

| Date | Reason | # Occurrences | Approved (FMLA/Other) | # Cumulative Occurrences |
|------|--------|---------------|-----------------------|--------------------------|
| | | | | |
| | | | | |
| | | | | |

**Corrective Action Received (Date):**



 **Outlook**

---

**Fw: Accommodations**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Date** Sat 4/26/2025 5:06 PM
**To** Tashona Almon <aalmon02@gmail.com>

Get Outlook for iOS

---

**From:** Almon, Ambria [UCM]
**Sent:** Wednesday, March 12, 2025 3:10:53 PM
**To:** #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>
**Subject:** Accommodations

Hello Everyone,

Emailing in regard to work accommodations that HR received from my physician on February 5th,2024. HR received it and emailed me on the 19th of February, and I have not heard back from them since. I've endured the pain ; however , yesterday, I was UDP2 in CCD, and the workload was overwhelming to the point I had to go get my back brace during my lunch. The obsessive standing , bending , and back and forward between carrousel 4 and 5. Not to mention the order is ALOT . For myself at least . The pressure of getting all that done ;with the expectation of putting the order away by the time the manager on duty departs . Is extremely overwhelming!

I've taken the initiative to reach out to HR again, hoping to gain a faster response.

Thank you !

Best,

Ambria

Date: April 28,2025

Ambria Almon became a member of the University of Chicago Medicine, Hyde Park, in October 2024. Ms. Almon was hired as a Certified Pharmacy Technician ( Technician II). Becoming apart of the pharmacy staff at University of Chicago Medicine, Ms. Almon was/is optimistic, flexible, and understanding. Within her first 90 days of employment, completing additional hours for the betterment of the company.

On December 29,2024, Ambria encountered her first disagreement with a member of management, Kari Ford. Per normal, there are a series of call offs, altering technicians daily duties. Those duties go against the technician's task for that particular day, depending on staffing "needs." Needs of the company were more complementary to what the pharmacists considered as, " seasoned technicians", compared to new hires.  On December 29,2024, Ambria Almon was experiencing nerve pain that resulted from a 2013 scoliosis surgery. Not to mention her accident with a sem, that occured in May of 2025. . Though Ms. Almon was experiencing pain that could have been resolved with bed rest, or prescribed medications, Ambria arrived for her scheduled work day. As stated before she was scheduled as Comer's expeditor, At that particular time, the duties of the expeditor as trained was to; answer phone calls, check patient inbox in Epic. Additional duties should include, but not exclude, responding to physician and nurses messages, assisting with filling oral medications, and delivering medication that cannot be tubed per tubing system, as well as chemotherapy drugs. When Ms. Almon arrived at her scheduled position and time, she discovered upon arrival, she was moved to CCD. CCD is the University of Chicago Medicine's adult building, in which Ms. Almon has not been trained in, and has not worked in that particular building, EVER! Manager on duty was Kari Ford. Ambria expressed the severity of her pain, with no empathy, Kari insisted that Ambria should, " either do your job or go home."

Adding, " I am a pharmacist and I should not be on the carousel." I stated that I understand her frustration, but due to back pain, I am unable to stand for an 8 hour shift, and complete doses that were on carousel 4 and 5. Kari's frustrations inside began to surface, resulting in the statement, once again stated by Mrs. Ford," either do your job or go home." The work environment became extremely hostile and unformtable. I did clocked out, as Kari had stated previously. Not once, but TWICE. I then contacted management via email, explaining the situation. There is a supervisions email that has all management included, including the pharmacy directors ( to the best of my knowledge). I managed to make an appointment the same day, with a physician to take note of my disability. That issue with Kari Ford, resulted in , I will NOT receive a write up, and it was simply a misunderstanding. My union representative Ronnie Bynum was present, including Manager Benjamin Moreno, and Octavia Dunn. Kari Ford and I, Ambria Almon, were also present in the room.

January 19,2025, Ambria Almon requested schedule assistance for school. Ms. Almon is registered in the Health Administrative program, at Indiana University Northwest of Gary,Indiana.  Like the other staff, Ambria Almon, also requested accommodation that was not acknowledged nor fulfilled by management, ( though other staff's accommodations were acknowledged). The disregard of Ambria's school schedule, has altered her progress of completion. Fearing the loss of her livelihood, Ambria Almon had to fulfill her obligations to her work.

January 30,2025, a little after 8:30pm, the IV room was caught up. There were two technicians at lunch, and Lashonda Tate, was the only technician remaining in the IV room. Ms.

Almon had stepped out to take a restroom break, when I took notice of my colleague, Yanyi

Tang, falling behind. Not only were we short staffed that particular day, the expeditor Taylor,

went missing for an extended period of her shift. Resulting in Ms. Tang falling behind on her

duties. Ambria took notice of Ms. Tang's frustrations, and offered her assistance. Ambria Almon

spoke with Lashonda, making sure she was not neglecting in assisting her. That particular day,

Ambria was the IV stager. Ms. Tate agreed Ambria should assist Yanyi, and stated she would be

okay in the IV room. Ms. Tang and Ms.Almon  split the floors in Comer, and Ambria returned

not even 30-35 minutes later. When Ambria had returned, she put on her  PPE, and continued

staging. Fast forward to the next work day, Ambria Almon gets pulled into the office by Octavia

Dunn, with Shawna Cook present. Octavia asked Ms. Almon, were you scheduled in the IV

room as stager. Ambria of course said, " yes!" Octavia asked what had happened, and she simply

responded, " a co-worker needed my assistance, at that time I was caught up, so I had helped."

Mrs.Dunn went on saying, "a lot of work was left behind". In which was incorrect, because prior

to Ambria going to the restroom, all medications were scanned out, and in the passthrough. She

continued with, " Sonam ( a pharmacy technician) had to help Ambria with her work. Also the

statement was incorrect. Sonam was unit dose that day. If she had to assist Ambria, she would

have had to gown up, and enter the IV room. When Ambria Almon returned, Sonam was

expediting, because again, Taylor went missing for the last 2 hours of her shift. Octavia

ultimately ended the conversation, if you help someone, make sure someone knows. Lashonda

Tate in fact knew, and vouched that she had known. Shortly after leaving the office, Cornell

Johnson, stopped Ambria Almon, and told her Octavia questioned him about her whereabouts.

That made Ambria feel extremely uncomfortable considering she was only doing her job, and

helping one another, as Mrs.Dunn stated earlier that week in an email. Ambria Almon is a

woman of few words, for her safety, she emailed her response to Mrs.Dunn, and Mrs.Cook, instead of vocalizing her point of view. Considering the fact she did not have another technician to witness, or her union representative present.

February 5,2025, the University of Chicago Medicine received documentation from Ambria Almon's primary care physician. HR responded on February 19,2025, asking additional questions pertaining to accommodations. Ambria Almon responded that same day, no response from HR, even as of today February 21,2025. Due to the negligence of HR, and not responding in a timely manner, Ambria Almon was forced to work positions that added additional strain, and back to her back.

March 12,2024, Ambria Almon was UPD2 in CCD. In which she was scheduled to work in CCD for a month, as a technician II. To the best of her knowledge, technicians should be trained in both CCD, and Comer. However, after speaking with other technician II's, Ms.Almon is the only one that had trained in CCD for such an extended time. Not to mention, continued to be scheduled in CCD, while other technician II's have not stepped a foot in CCD since they have started, outside of training. That information made Ms.Almon feel like she is being targeted, she feared for her job, and uncomfortable, she was in fact working in a hostile work environment. On March 12,2024, UPD 2 workload was heavy, not to mention the order needed to be put away. Ambria Almon back was already in extreme pain, pushing herself to complete a task, leading her into a panic attack. Ambria Almon called, crying,and spoke with the manager on duty, Octavia expressing her pain and concerns. Ms.Dunn stated on the phone, "I am not going to say you can go home, but if you do not feel well, you have the right to leave. ( Victoria Martin was present in the IV room with Mrs.Dunn when the statement was made via phone call)." Ambria did leave, and sought medical attention that day. Sending that email to her direct supervisor, Shawna Cook,

manager's Octavia Dunn, Benjamin Moreno, and her union representative, Ronnie Bynum. No one responded to the email. No one stated whether the physician's notes were approved, or not.

March 14,2024, Octavia Dunn called the IV room looking for Cornell Johnson. Cornell was the chemotherapy technician for that day. Ambria answered the phone for Mrs.Dunn. Octavia continued to question her about Cornell's wearabouts. Ambria was not aware Mr.Johnson had even left the IV room. Octavia felt the need to state while she was on the phone, about checking his badge times, and clock in/out for lunch.

March 23,2024, Ambria Almon needed a shift covered, and was able to get the shift covered by Francisco Munoz.  Ms. Almon tried to get the shift approved by management. Shawna Cook, Ambria Almon'a direct supervisor, denied the request. Ms. Almon then emails Mrs. Cook, asking her what she needs to do, to get the shift covered?" No response! Ambria Almon had to send additional emails to management, no response. Ambria then speaks with Octavia Dunn. Octavia sent a text to Shawnna, and that same day, they approved the shift for Francisco to cover. The original reasoning for the denial is that Ambria needed to " find someone that is part time to cover the shift, because the department can't go into overtime, " says Shawnna. Mind you all, the department has been in overtime every week, month, since Ms. Almon has begun with the company.

**March 30,2023, Ambria Almon messaged Shawna Cook via email regarding how many points Ms. Almon has, year to date. No response from Shawna Cook.**

April 4,2025, Ambria Almon was scheduled as triage. Ambria Almon comes into the pharmacy and was told she would be training in the IV room. Comer.expeditor position was available, so Ambria called and spoke with Mrs.Dunn, letting her know, that the expeditor position was open.. Octavia's response was, " you are a technician, II, so you should be in the IV

room. After being in the IV room for about an hour, Octavia needed Ambria to compound Ursodiol. The only problem was, she INSISTED Ambria compound this medication in our CLEAN room. After expressing, she is unfamiliar of how to do that task, Octavia requested Ms. Almon to come to CCD so she could show Ms. Almon the compounding process. When Ms. Almon got to CCD, Octavia did not train Ambria, however, another technician did.

April 16,2024, Ambria Almon spoke with Shawna Cook about her concerns. These concerns were about the heavy workload in CCD, and HR not responding to the accommodations request. That conversation happened via email as well. Shawna Cook's response was simply, " I can see what I can do."April 18,2024 Ambria Almon spoke with manager Benjamin Moreno. Benjamin reached out to HR himself, and still, no response from HR.

April 23,2024 Ambria Almon gets pulled into the office by Octavia Dunn with a verbal about attendance. Ms. Almon wanted a copy of the dates, and her Union representative to be present. Therefore Octavia scheduled the meeting for that Friday at 3:30pm. Ambria did not know she needed to request the union representative herself, therefore, she did not show up with one. In the past, management has requested the representative. Octavia still gave Ambria the verbal, even though she is not Ambria's direct supervisor, and Ambria got marked for a date when she presented a doctor's note. No one responded if the note was accepted or not. The second date she received her 5th point, Ms. Almon called in "family sick." Octavia told me to email Shawna about those dates. If my direct manager is not able to give me direct feedback, I was unsure why Octavia was the one giving Ms. Almon a verbal. Ms. Almon also took notice that this was happening 2 weeks prior to Shawna Cook's departure from the company. Meaning Ambria Almon's direct report, may very well be Octavia Dunn, and she wants records prior to

Shawna leaving. Ambria is unsure if acts against her are in good faith or a vendetta? However it takes an extreme mental toll on Ms.Almon. This hostile work environment is making her feel like her job is in jeopardy. Ms.Almon is unsure if her back injury is the problem, or her speaking about her rights, respectfully, is causing this retaliation.

I am Ambria Almon, and this is my grievance I am filing against Octavia Dunn. I have been profiled, retaliated against using passive aggressive behaviors, and experiencing periodic panic episodes due to this hostile work environment. I also kindly ask for someone to follow up with HR for my accommodations due to the fact that I am not able to reach them.

Thank you for your time!

Best Regards,

Ambria Almon

 Outlook

---

**Ambria Almon Grievance**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>

**Date** Mon 4/28/2025 2:56 PM

**To** Scarpelli, Denise [UCM] <Denise.Scarpelli@uchicagomedicine.org>; Bynum, Ronnie [UCM]
<Ronnie.Bynum@uchicagomedicine.org>; HR Services <HRServices2@uchicagomedicine.org>

📎 1 attachment (38 KB)

Ambria_Almon_Grievance_Letter.docx;

# Grievance Statement

Filed by: Ambria Almon

Subject: Hostile Work Environment and Disability Discrimination

Dear [Recipient or HR Department],

My name is Ambria Almon. I am submitting this formal grievance regarding my experiences of hostile work environment, disability discrimination, and retaliation while employed as a Certified Pharmacy Technician II at University of Chicago Medicine, Hyde Park.

I joined the pharmacy staff in October 2024 with enthusiasm, flexibility, and a commitment to support the organization. Despite my willingness to work additional hours during my first 90 days, I began experiencing discriminatory and hostile treatment shortly thereafter.

## Disability Discrimination and Lack of Accommodation

On December 29, 2024, while scheduled as an Expeditor at Comer, I was moved without notice to work in the CCD building, an area where I had not been trained. At the time, I was experiencing significant nerve pain stemming from a prior scoliosis surgery and a severe semi-truck accident. I informed Kari Ford, the manager on duty, of my physical limitations. Despite my disclosure, Ms. Ford responded dismissively, stating, 'either do your job or go home,' with no empathy or consideration for my medical condition. The interaction was hostile, and I was forced to clock out and leave the premises in pain.

I reported the incident to pharmacy management through the supervisory email and obtained medical documentation from my physician the same day. Although it was later agreed no write-up would occur, the incident reflected an early and clear failure to reasonably accommodate my disability as required by law.

Further, on February 5, 2025, documentation regarding my disability and need for workplace accommodations was submitted to Human Resources. However, despite following up multiple times, I did not receive timely responses or appropriate adjustments to my assignments. I was continually assigned to physically demanding roles, exacerbating my medical condition, and no meaningful steps were taken to engage in an interactive process for accommodations.

## Hostile Work Environment and Retaliation

Throughout my employment, I was subjected to a pattern of differential and hostile treatment:

- Denial of School Schedule Adjustments: Unlike similarly situated coworkers, my requests for class schedule accommodations were ignored, affecting my academic progress.
- Targeted Assignments: I was disproportionately assigned to the CCD building, enduring heavier workloads and longer periods of standing compared to other Technician IIs who were not rotated similarly.
- Management Harassment: On several occasions, including March 12, 2025, and subsequent dates, when I raised legitimate concerns about pain, workload, or HR delays, management's responses were dismissive or resulted in further targeting.
- Failure to Respect Medical Needs: When I suffered a panic attack due to extreme back pain and workplace stress on March 12, 2025, and left to seek medical attention, I provided all necessary documentation. Yet management failed to acknowledge receipt of my doctor's note or indicate whether my absences were excused.
- Improper Disciplinary Actions: On April 23, 2025, I was issued a verbal warning regarding attendance by Octavia Dunn, despite procedural irregularities, lack of proper representation, and outstanding unanswered questions about my excused absences.

## Conclusion and Request for Immediate Action

I respectfully request:

1. Immediate review and approval of my reasonable accommodation request under the Americans with Disabilities Act (ADA).
2. A full investigation into the hostile work environment created by Octavia Dunn and others.
3. Protection against further retaliation as I exercise my legal rights.
4. Clear confirmation of my accommodation status and corrected documentation regarding any disciplinary actions influenced by my medical absences.

I am committed to performing my job to the best of my abilities, but I cannot do so in an environment where my disability is disregarded, where I am subjected to retaliation, and where basic respect and fairness are not extended.

I appreciate your urgent attention to these serious matters.

Sincerely,

Ambria Almon

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Wednesday, April 16, 2025 9:36 AM
**To:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Subject:** Re: Ambria Almon Documents

Goodmorning,

My documents states : CCD floor base, CCD expeditor, and CCD UD1 and 2. Those positions have been taking a toll on me , and I requested accommodations for.

Best,

Ambria Almon

---

**From:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Sent:** Wednesday, April 16, 2025 8:43 AM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Subject:** Re: Ambria Almon Documents

Thanks Ambria,

I can't read the requested accommodation. Which positions are you asking to not be assigned to? The last page says something about being a physical for Jessica Lovell. Maybe that's the problem?

You're correct that I haven't heard anything from Sedgwick. I hope you hear back from Sedgwick soon.

Thanks,

Shawna

Shawna Cook, Pharm.D BCPS, BCSCP
Manager, Pharmacy Distribution Systems
The University of Chicago Medical Center

---

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Wednesday, April 16, 2025 12:26 AM
**To:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Subject:** Ambria Almon Documents

Hello Shawna ,

How are you ?
HR reached out to me in February, around the 19th regarding my accommodations. Since then , I have not heard anything from them . Therefore, I am under the impression, they have not gotten back to you .

Today , again I've reached out to them via voicemail. It is almost two months in, and I have not been told rather my accommodations have been accepted or denied.

I'm being placed in areas that are stated in the documents signed by my physician, that has caused pain . One particularly day , I went home in tears. If there is anything you can do , I will greatly appreciate it .

Thank you !


Ambria Almon



**Indiana University Health**

IUH Video Visits

Att Phys: Pugh, Gayle M, PA-C

Ref Phys: UnknownMD, Physician, MD

| | |
|---|---|
| Name: | Almon, Ambria |
| DOB: | 9/19/1995 |
| Acct: | 001256999796 |
| MRN: | 78959215 |
| Admit: | 3/12/2025 |
| Disch: | |

DOCUMENT NAME:      Work/School Release
SERVICE DATE/TIME:      3/12/2025 20:30 EDT
RESULT STATUS:      Auth (Verified)
PERFORM INFORMATION:      Pugh, Gayle M, PA-C (3/12/2025 20:41 EDT)
SIGN INFORMATION:      Pugh, Gayle M, PA-C (3/12/2025 20:41 EDT)

## Work/School Release Form

### Employee/Student Information

Name:Almon, Ambria
Address:
PO BOX 719
La Porte, IN 46350
Sex:Female
Date of Birth:09/19/1995
Phone:2242839732

### Release Details

This notice verifies that the above identified individual was seen in this facility.

Date seen: 03/12/25 20:39:3708:39 pm EDT

He/she may return to work/school after this date:  Pt is unable to work on 3/12 and 3/13/25, will return on 3/13/25

They will return to work with the following restrictions:

    x   None

Confidentiality Notice: Health care information is personal and sensitive information related to a person's health care. It is being sent to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, sure, and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Printed:  3/12/2025 20:44 EDT     Outpatient

IUH Video Visits

Name:                Almon, Ambria

MRN:                 78959215

Acct:                001256999796

__ No heavy lifting over __ lbs

__ No prolonged standing greater than __ minutes

__ Desk work only

Other:____

Restrictions apply through this date:___

After the date above, they should be able to participate full in all duties and activities.

Provider Name: _Gayle Pugh, PA_____

Date: 03/12/25 20:39:37 08:39 pm EDT

*Electronically Signed on 03/12/25 20:41 EDT*

*Pugh, Gayle M, PA-C*

DOCUMENT NAME:                                  Work/School Release

SERVICE DATE/TIME:                         3/12/2025 20:30 EDT

RESULT STATUS:                                Auth (Verified)

PERFORM INFORMATION:                   Pugh, Gayle M, PA-C (3/12/2025 20:41 EDT)

SIGN INFORMATION:                           Pugh, Gayle M, PA-C (3/12/2025 20:41 EDT)

## Work/School Release Form

### Employee/Student Information

Name:Almon, Ambria

Address:

PO BOX 719

La Porte, IN 46350

Sex:Female

Date of Birth:09/19/1995

IUH Video Visits

| | |
|---|---|
| Name: | Almon, Ambria |
| MRN: | 78959215 |
| Acct: | 001256999796 |

Phone:2242839732

## Release Details

This notice verifies that the above identified individual was seen in this facility.

Date seen: 03/12/25 20:39:3708:39 pm EDT

He/she may return to work/school after this date:  Pt is unable to work on 3/12 and 3/13/25, will return on 3/13/25

They will return to work with the following restrictions:


_x_  None

__  No heavy lifting over __ lbs

__  No prolonged standing greater than __ minutes

__  Desk work only


Other:____

Restrictions apply through this date:___

After the date above, they should be able to participate full in all duties and activities.

Provider Name:  Gayle Pugh, PA

Date: 03/12/25 20:39:37 08:39 pm EDT


*Electronically Signed on 03/12/25 20:41 EDT*

_____

*Pugh, Gayle M, PA-C*

**Indiana University Health**

IUH Video Visits

Att Phys: Pugh, Gayle M, PA-C

Ref Phys: UnknownMD, Physician, MD

Name: Almon, Ambria
DOB: 9/19/1995
Acct: 001232532232
MRN: 78959215
Admit: 12/29/2024
Disch: 12/29/2024          23:59 EST

| | |
|---|---|
| DOCUMENT NAME: | Work/School Release |
| SERVICE DATE/TIME: | 12/29/2024 22:09 EST |
| RESULT STATUS: | Auth (Verified) |
| PERFORM INFORMATION: | Pugh, Gayle M, PA-C (12/29/2024 22:19 EST) |
| SIGN INFORMATION: | Pugh, Gayle M, PA-C (12/29/2024 22:19 EST) |

## Work/School Release Form

### Employee/Student Information

Name:Almon, Ambria
Address:
PO BOX 719
La Porte, IN 46350
Sex:Female
Date of Birth:09/19/1995
Phone:2242839732

### Release Details

This notice verifies that the above identified individual was seen in this facility.

Date seen: 12/29/24 22:17:4410:17 pm EST

He/she may return to work/school after this date: PT was evaluated for back pain, was unable to work on 12/29/24, will return on Tuesday 12/31/24

They will return to work with the following restrictions:

   x   None

Confidentiality Notice: Health care information is personal and sensitive information related to a person's health care. It is being sent to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, sure, and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

Printed: 12/30/2024 12:33 EST     Outpatient

IUH Video Visits                     Name:                                Almon, Ambria
                                     MRN:                                 78959215

                                     Acct:                                001232532232

__ No heavy lifting over <u>15</u> __ lbs

__ No prolonged standing greater than __ minutes

__ Desk work only


Other:<u> No repetitive bending x 7 days   </u>

Restrictions apply through this date:___

After the date above, they should be able to participate full in all duties and activities.

Provider Name: <u> Gayle Pugh, PA     </u>
Date: 12/29/24 22:17:44 10:17 pm EST



*Electronically Signed on 12/29/24 22:19 EST*
_____

*Pugh, Gayle M, PA-C*

---

DOCUMENT NAME:                          Work/School Release
SERVICE DATE/TIME:                      12/29/2024 22:09 EST
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Pugh, Gayle M, PA-C (12/29/2024 22:19 EST)
SIGN INFORMATION:                       Pugh, Gayle M, PA-C (12/29/2024 22:19 EST)


# Work/School Release Form

## Employee/Student Information
Name:Almon, Ambria
Address:
PO BOX 719
La Porte, IN 46350
Sex:Female
Date of Birth:09/19/1995

Printed:  12/30/2024 12:33 EST   Outpatient                          Page 2 of 3

IUH Video Visits

Name:              Almon, Ambria

MRN:               78959215

Acct:             001232532232

Phone:2242839732

## Release Details

This notice verifies that the above identified individual was seen in this facility.

Date seen: 12/29/24 22:17:4410:17 pm EST

He/she may return to work/school after this date: <u>PT was evaluated for back pain, was unable to work on 12/29/24, will return on Tuesday 12/31/24</u>

They will return to work with the following restrictions:


<u> x </u>   None

__   No heavy lifting over <u>15</u>   lbs

__   No prolonged standing greater than __ minutes

__   Desk work only


Other: <u> No repetitive bending x 7 days </u>

Restrictions apply through this date:___

After the date above, they should be able to participate full in all duties and activities.

Provider Name: <u> Gayle Pugh, PA </u>

Date: 12/29/24 22:17:44 10:17 pm EST


*Electronically Signed on 12/29/24 22:19 EST*

*Pugh, Gayle M, PA-C*

From:                                    02/10/2025 08:30    #586 P.001/007

# Northwest Medical Group

Northwest Medical Group
Johnson Road
6923 W 400 North
Michigan City, IN. 46360

Date: 2/10/25

To: University of Chicago: Absence Management

Fax Number: 773-702-0265

From:      Name:   ☒ Dr. Joseph Arulandu
                   ☐ Dr. Vinay Tumuluri
                   ☐ Kayla Spears, FNP-BC

           Phone
           Number:        219-325-0604

           Fax Number:    219-879-1401 (Alternate) 219-262-6435

Page Count:   (includes fax cover sheet)

Comments:   Re: Almon Ambria
                DOB: 9/19/95

**Confidentiality Notice:** The documents accompanying this transmission contain
confidential information that is legally privileged. This information is intended only for the
use of the individual or entity named above. The authorized recipient of this information is
prohibited from disclosing this information to any other party unless required to do so by law
or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, or
distribution of the contents of these document, or action taken in reliance on the contents of
these documents is strictly prohibited. If you have received this information in error, please
notify the sender immediately and arrange for the return or destruction of these documents.

Fax Cover Sheet
HIM-4501     01/15 (Rev. 03/15, 04/15)

## Transmission Report

| | | | | |
|---|---|---|---|---|
| Date/Time | 02–10–2025 | 08:13:50 a.m. | Transmit Header Text | |
| Local ID 1 | 7737020265 | | Local Name 1 | UCM |

**This document : Failed**
**(reduced sample and details below)**
**Document size : 8.5"x11"**

Attention Lisa

From: Jessica Lovell (Jasai Lovell)

Please see the attached Physical form for Jasai
Lovell (06/24/2022). Once completed, please Fax to

219-315-0183 ; 773-702-0265. They are
pressing for it to be completed by today. no later
than tomorrow. Please and thank you
Thank you so much Lisa.

——— Jessica Lovell

Total Pages Scanned : 2          Total Pages Confirmed : 0

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 351 | 912198643952 | 08:13:44 a.m. 02-10-2025 | 00:00:00 | 0/2 | N/A | -- | HS | TU |

Abbreviations:
HS: Host send          PL: Polled local          MP: Mailbox print          CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote         RP: Report                 FA: Fail               G3: Group 3
WS: Waiting send       MS: Mailbox save          FF: Fax Forward            TU: Terminated by user EC: Error Correct

 Outlook

---

**Fw: Outstanding ticket**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Date** Wed 5/14/2025 5:24 PM
**To** Tashona Almon (via Google Docs) <aalmon02@gmail.com>

Best Regards,

**Ambria Almon, CPhT**
**UChicago Medicine**
5841 S. Maryland Ave.|Chicago|IL 60637
Ambria.Almon@uchicagomedicine.org



---

**From:** Moreno, Benjamin [UCM] <Benjamin.Moreno@uchicagomedicine.org>
**Sent:** Wednesday, April 16, 2025 3:25 PM
**To:** HR Services <HRServices2@uchicagomedicine.org>
**Cc:** #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>; Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Subject:** Outstanding ticket

Good afternoon,

We have an employee, Ambria Almon (CC'd in this e-mail), who has an outstanding accommodation request from 2/10/25. The ticket has not been closed and we are still awaiting the leave team's final recommendation.

Ambria has discussed this issue with me and has voluntarily disclosed she has surgical hardware due to a past injury. Can we please expedite review of her request so we may create formal accommodations?

**Benjamin R. Moreno, Pharm.D., MS-HSA, BCPS**
Manager of Pharmacy Distribution Systems
**UChicago Medicine**|5700 Maryland Ave|Chicago, IL 60637
Office: (773)926-1220



 Outlook

---

**Re: Regarding Your Accommodation**

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Date** Tue 6/10/2025 5:30 PM
**To** UCMC Leave Administration <ucmcleave@uchicagomedicine.org>

Tomorrow is good .

Thank you !

Best Regards,

**Ambria Almon, CPhT**
UChicago Medicine
5841 S. Maryland Ave.|Chicago|IL 60637
Ambria.Almon@uchicagomedicine.org
 Image

# THE UNIVERSITY OF
# CHICAGO
# MEDICINE

---

**From:** UCMC Leave Administration <ucmcleave@uchicagomedicine.org>
**Sent:** Tuesday, June 10, 2025 4:13:13 PM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Subject:** RE: Regarding Your Accommodation

Hi,

Do you have sometime for quick call tomorrow morning from 9-11:30? I want to make sure understand you work location responsibilities more. If there's a better time, please let me know.

Best,

Nick Wagner
Leave and Accommodations Specialist
The University of Chicago Medicine
5841 S. Maryland | Rm. L-140, MC 1086 | Chicago, IL | 60637

Read more information about Leaves, Accommodations and Return to Work at Ingalls (https://ingalls-laama.com) and UCMC (https://ucmc-laama.com)

---

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Tuesday, June 10, 2025 3:40 PM
**To:** UCMC Leave Administration <ucmcleave@uchicagomedicine.org>
**Subject:** Re: Regarding Your Accommodation

Hello,

It honestly depends on the severity of my pain. Work task in CCD causes persistent pain. However, in Comer , the workload is not as heavy . I would say a position that does requires obsessive standing and walking , to a lot at least 15 minutes off my back.

Thank you !

Best regards,

Ambria Almon

Best Regards,

**Ambria Almon, CPhT**
UChicago Medicine
5841 S. Maryland Ave.|Chicago|IL 60637
Ambria.Almon@ uchicagomedicine.org
Image



---

**From:** UCMC Leave Administration <ucmcleave@uchicagomedicine.org>
**Sent:** Tuesday, June 10, 2025 3:23:46 PM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Subject:** Regarding Your Accommodation

Hi Ambria,

I'm reaching regarding the accommodation you submitted several months ago. I apologize for the delay here. I ended up going out on a medical leave shortly after your case was assigned to me queue.

I plan to coordinate with your department about your request, but I wanted to reach for clarification on much seated break time you need following 4 hours of standing/walking? Once I have the information, I will get in touch with your team and hopefully I can provide an update before the end of the week.

Thanks,

Nick Wagner

 Outlook

---

**Technician Schedule**

---

**From** Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>
**Date** Tue 5/13/2025 8:38 PM
**To** #UCM-Pharmacy Technician-INPATIENT <RXTechnicianINPATIENT@uchicagomedicine.org>
**Cc** #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>

Hello everyone,

Due to Shawna's exit, I will be taking over making the technician schedule. I am not aware of everyone's approved HR accommodations but I am working with HR to get that information. If you have a copy of your approved HR accommodation, feel free to forward that information to me if you would like. Also, if you are in school, I will need a copy of your school schedule as HR does not have that information on file. Please have this information submitted to me by Monday 5/19/25 at 5 pm.
This will be my first time making the schedule, so apologies in advance for any errors on my part.
Please note, when I am off, forward any scheduling questions to the #ucm-pharmacysupervisors group so any issues can be responded to in a timely manner.
Let me know if you have any questions.

Thanks,

**Octavia Dunn, Pharm.D**
**Manager of Pharmacy Distribution Systems**
UChicago Medicine|5700 S Maryland Ave|Chicago, IL 60637
Office: (773)926-1220



 Outlook

---

**Fw: Ambria Almon Documents**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Date** Wed 5/14/2025 5:23 PM
**To** Tashona Almon (via Google Docs) <aalmon02@gmail.com>

Best Regards,

**Ambria Almon, CPhT**

**UChicago Medicine**

**5841 S. Maryland Ave.|Chicago|IL 60637**

**Ambria.Almon@uchicagomedicine.org**



---

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Wednesday, April 16, 2025 12:33 PM
**To:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Subject:** Re: Ambria Almon Documents

Thank you. I appreciate that.

Get Outlook for iOS

---

**From:** Cook, Shawna [UCM] <Shawna.Cook@uchicagomedicine.org>
**Sent:** Wednesday, April 16, 2025 9:43:28 AM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Subject:** Re: Ambria Almon Documents

Thanks for the clarification. I'll see what I can do.

Shawna

Shawna Cook, Pharm.D BCPS, BCSCP
Manager, Pharmacy Distribution Systems
The University of Chicago Medical Center

 Outlook

**Approved Accommodation**

**From** UCMC Leave Administration <ucmcleave@uchicagomedicine.org>

**Date** Fri 6/13/2025 9:07 AM

**To** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>

**Cc** Griffin, Joseph [UCM] <Joseph.Griffin@uchicagomedicine.org>

Good morning Ambria,

We take our employees' requests for a medical accommodation very seriously. After reviewing the medical documentation, and collaborating with your team, we are granting the following:

- 2 additional rest breaks of 15-20 minutes per week

If circumstances or requirements change, we may reevaluate this approval. However, we will re-engage in the interactive process before doing so. This ensures that the agreement remains flexible to our needs and any external factors that may arise.

If you have any questions or concerns about the information above please feel free to reach out to me.

Regards,

Nick Wagner
Leave and Accommodations Specialist
The University of Chicago Medicine
5841 S. Maryland | Rm. L-140, MC 1086 | Chicago, IL | 60637
Phone: (312) 956-2770

 Outlook

---

**Ongoing retaliation**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>

**Date** Fri 8/8/2025 8:24 AM

**To** #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>; Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>; Bircanin, Katarina [UCM] <Katarina.Bircanin@uchicagomedicine.org>

Hello ,

Not quite sure who spoke with Octavia per Kari stating I was IV trained , and it was signed off on. I am NOT fully trained, and those words NEVER came out of my mouth. Also , this is the fourth time within the last 4 weeks I've picked up, and Kari specifically has moved me every time. When someone picks up a shift , they are expecting to do exactly what they've said up for . If others that are already scheduled can do a position , it would be more reasonable to move them around. Going forward , any shifts that I have agreed to pick up a specific area, and you all can't grant that agreement . I would like to be removed from future shifts I've bided on. Also, Kari has threatened me with an occurrence since I went home when we were overstaffed to begin with . I would like to meet with the head of HR, and my union rep, they will be attached to this email.

Thank you!

Best Regards,

**Ambria Almon, CPhT**
**UChicago Medicine**
**5841 S. Maryland Ave.|Chicago|IL 60637**
**Ambria.Almon@uchicagomedicine.org**
Image

| | | |
|---|---|---|
| Supplies | ⬤ | |
| Methods | ⬤ | |

Shout out to the OVN team for their hard work on a busy night, APTs for destocking Dil

## Call Offs:
Barbara (IVA2) - Ambria (Extra K AM Exp) to IVA2
Mirza (KP) - AM IV (Felipe) to work ahead, Sherrita to cross cover
Ambria (Moved to IVA2) - Left without working shift

## Open Shifts/Other Movement:
UDA2 - Anthony and Paige training
P2 - Mid (Zach) to close DOR

IV room batch report now prints at 8am
read SBAR email on iv mid tech position
Please fill out ticket form before placing meds in barcode not scanning bin
Check expired for next day in omnicell, fridge also

## OOS:
## Pertinent Shortage Updates:
See Weekly Drug Shortages

 Outlook

---

**Re: PM Huddle 8.8.25**

---

**From** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Date** Fri 8/8/2025 4:46 PM
**To** Ford, Kari [UCM] <Kari.Ford@uchicagomedicine.org>
**Cc** Bircanin, Katarina [UCM] <Katarina.Bircanin@uchicagomedicine.org>; #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>

HR was aware I spoke with her 10:30am this morning!

Thank you!

Best Regards,

**Ambria Almon, CPhT**
UChicago Medicine
5841 S. Maryland Ave.|Chicago|IL 60637
Ambria.Almon@uchicagomedicine.org

Image



# THE UNIVERSITY OF CHICAGO MEDICINE

---

**From:** Ford, Kari [UCM] <Kari.Ford@uchicagomedicine.org>
**Sent:** Friday, August 8, 2025 4:44:41 PM
**To:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Cc:** Bircanin, Katarina [UCM] <Katarina.Bircanin@uchicagomedicine.org>; #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>
**Subject:** Re: PM Huddle 8.8.25

Good afternoon,

Management was not aware that you were here working as it was stated verbally and in writing that you were leaving for the day.

I have reached out to ELR and will be looking further into this issue.

Kari

---

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Friday, August 8, 2025 4:29 PM
**To:** Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>; Durley, Jeanne [UCM] <Jeanne.Durley@uchicagomedicine.org>; Ford, Kari [UCM] <Kari.Ford@uchicagomedicine.org>; #UCM-Pharmacy APT <pharmacyAPT@uchicagomedicine.org>; #UCMPHARMACYBUYERS <UCMPHARMACYBUYERS@uchicagomedicine.org>; #UCM-Inpatient Pharmacist <InpatientPharmacist@uchicagomedicine.org>; #UCM-Pharmacy Technician-INPATIENT <RXTechnicianINPATIENT@uchicagomedicine.org>
**Subject:** Re: PM Huddle 8.8.25

Ambria Almon completed her first shift ( refer to timecard )

Thank you !

Best Regards,

**Ambria Almon, CPhT**
UChicago Medicine
5841 S. Maryland Ave.|Chicago|IL 60637
Ambria.Almon@uchicagomedicine.org


THE UNIVERSITY OF CHICAGO MEDICINE

---

**From:** Dunn, Octavia [UCM] <Octavia.Dunn@uchicagomedicine.org>
**Sent:** Friday, August 8, 2025 3:13:49 PM
**To:** Durley, Jeanne [UCM] <Jeanne.Durley@uchicagomedicine.org>; Ford, Kari [UCM] <Kari.Ford@uchicagomedicine.org>; #UCM-Pharmacy APT <pharmacyAPT@uchicagomedicine.org>; #UCMPHARMACYBUYERS <UCMPHARMACYBUYERS@uchicagomedicine.org>; #UCM-Inpatient Pharmacist <InpatientPharmacist@uchicagomedicine.org>; #UCM-Pharmacy Technician-INPATIENT <RXTechnicianINPATIENT@uchicagomedicine.org>
**Subject:** RE: PM Huddle 8.8.25

AA  Welcome back, Ambria

## Punch

Last Punch: 8/11/2025 2:30 PM  (i)

Recent Transfers
None  ⌄  (i)

Add Transfer ⊕

Clock In

Clock Out

UCM Fix Missing Punch Manual Wo rkflow

Start Meal

## My Notifications  →  ⋮

My Requests                6  >

Timekeeping                0  >

Tasks                      0  >

System Messages            0  >

## My Timecard  →  ⋮

Edited Sat 8/09 by Ford, Kari M

Exceptions

4

No data to display.

## My Business Processes  ⋮

Your Process Profile does not include any
Business Processes that are configured to
appear in this tile.

## UCM My Accruals  ⋮

Balance as of Today ⌄

⟨ Sick

Current Probationary Balance
Planned Takings
Taken to Date

Time-Off Request  >

August 8, 2025

Narcotics pharmacist manager, Kari Ford, removed for a position in which I have made a bid for overtime. This would be the fifth time in which she has been removed for a position I have bid for, and put me directly into the IV room. This particular day I was scheduled as expeditor, which is scheduled from 8:00am to 4:30pm. I come in and to my surprise, Kari has moved me yet again. This time in a position, I have passed my 3 handwashes, which allows me to train for the IV position. However, at the time of the incident I was in IV training. The IVP2 position is scheduled from 6:30am-3:00pm. I expressed to Kari that morning that I am not fully trained, and am not comfortable with working that position. She disregarded my concern and proceeded to state she needed me to work that position. I was under the impression, and from my full understanding, that if you are removed from the position you have bid on, you have the right to go home. I did know I would receive a point, considering it was over time. I indeed clocked out for 20 minutes, and clocked in. I did not feel the need to lose hours, and because of these ongoing issues for Kari and I, I feared for my job. This would not be the first time I have been threatened to receive a point. I proceeded to work the shift.

August 11,2025

My union steward, Ronnie Bynum, pharmacy managers, Benjamin Moreno, and Kari Ford were present, and of course myself. This meeting as Ben discussed in an email, was to discuss the above date. Not one time was I informed, I was receiving a verbal corrective action that day. I did not sign the corrective action. I felt as though I had emailed management, I had contacted HR, as well as tagged my union in these emails. All concerns being unresolved, and not taken seriously. In that meeting I felt attacked, misunderstood, set apart, and honestly I feared for my job. I stated, " my mental health is being affected (while crying in the meeting), and I would not like to proceed with the discussion, because it was not arriving at a resolution. I expressed my concerns, and Ben's response was, "we aren't talking about anything aside from the event that occurred on Friday." I was in disbelief because all the concerns I have voiced in the past were not acknowledged, however, the first opportunity to give myself a write, they did! At the end of the meeting Benjamin stated, " Ambria is a great technician, we do not have any concerns on her attendance, or performance." The meeting ended.

during your interview which is why I recommended we hire you. I knew you would be a great addition to our team.

Not every day is going to be a good day. That is a fact. Whether it's due to the fact that you've been pulled from training or simply don't feel 100%, good days are not a guarantee in life. I woke up this morning absolutely feeling EXHAUSTED from clocking in over 4 miles of steps at work yesterday. Today was not going to be a good day for me, however, I showed up and immediately started doing the work that by all intents and purposes are concerned is not my job, but I do it because patient care is my top priority and I am willing to do whatever to ensure our patients are taken care of. The team doesn't need to know my day is not at 100%, our patients surely do not care, but what I can control is my actions and how I respond. Come in, do the work, and try to uplift others around me.

Speaking in very firm, borderline disrespectful tones to our pharmacists, or professing your medical issues in the middle of the pharmacy are not conducive to patient care. If you wanted to side bar me regarding your medical issues, like how another tech did to me earlier today, you can do that. If you would like to seek medical accommodations, there are means of doing that as well. However, as it stands today, the work still needs to be done, while not bringing the morale and energy of the team down. These are not qualities that we want of members of our team as we are trying to actively change the culture of our department for the better. One where every does high performing work, feels valued, and knows that their feedback on how to grow/change is appreciated.

As stated before, the options are either to come in, work on the CCD carousel, and we can work together to get it done and I can answer any questions you may have because I recognize help is better than no help. Our patients will inevitably be in a better position with you here than without. Or you can go home and take the occurrences for leaving your shift early.

You are a good technician Ambria, and I don't want this to become an ongoing issue, but those are still your options.

Thanks,
Kari

**From:** Almon, Ambria [UCM] <Ambria.Almon@uchicagomedicine.org>
**Sent:** Sunday, December 29, 2024 9:12 AM
**To:** #UCM-Pharmacy Supervisors <PharmacySupervisors@uchicagomedicine.org>; Bynum, Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>
**Subject:** Issues

Hello Everyone ,

Pharmacy technician, fairly new to the organization as of October of this year.

I walked into the facility and got moved from Comer Expeditor to CCD . Unfortunately, today I am experiencing, a significant amount of back pain . I have scoliosis . Had a back surgery for my scoliosis . I come in , EVERYDAY , and do my best . I do not allow my illness , trump my performance , EVER !

Today ,
I come in ; see I'm at CCD . I go to CCD , I vocalize my I'm in pain , and unfortunately I will not be able to stand on my feet all day . I am not disabled , I can perform my job duties , but instead of calling off , I came in regardless, because when I applied , I gave this company my word .

After stating I cannot stand all day , Kari the pharmacist in CCD today . Her and I exchanged words . She felt the need to vocalize that she is a " pharmacist, she went to pharmacy school and should not be on a carousel ." She also felt the need to state , " you either stay and do your job , or go home ." Not to mention , I have NEVER been trained in CCD. I've helped ONCE, for 3 hours because they were short .

So being of assistance has never been the issue , because I also do over-time and stay over if help is needed .

I did tell her I am upset because my back is hurting , and it's a lot to keep being bounced around . I get it , we are short staffed . There is an obsessive amount of call offs . The pharmacist are also overwhelmed , and their peace of mind is as important , as the technicians .

I do not disrespect my superiors , or my colleagues, and I would like the same returned . Once she stated I was free to stay or go home . I clocked out . I do not want to be in a hostile work environment. It's uncomfortable.

I have not left waiting on a response from my other managers . However , I did clock out since I am not working . If I do not get a response , I will leave out the facility for the day , because I do not want to be sitting around and not on the clock .

I would like for someone to contact me as soon as possible , because I want to be here , I want to work . However , being told , " I'm a pharmacist " , etc , and " I should not be on a carousel because I went to pharmacy school." Is unethical . We ALL should do what is best for the company , and not is what is best for ourselves .

If I need to contact my surgeon . Obtain a doctors note, or you all need medical records , I would be more than happy to obtain them .

Thank you all for your time ! Hope to hear from someone soon!

Thank you !

-Ambria

Get Outlook for iOS

**From:** Almon, Ambria [UCM]
<Ambria.Almon@uchicagomedicine.org>
**Sent:** Friday, August 8, 2025 8:24 AM
**To:** #UCM-Pharmacy Supervisors
<PharmacySupervisors@uchicagomedicine.org>; Bynum,
Ronnie [UCM] <Ronnie.Bynum@uchicagomedicine.org>;
Bircanin, Katarina [UCM]
<Katarina.Bircanin@uchicagomedicine.org>
**Subject:** Ongoing retaliation

Hello ,

Not quite sure who spoke with Octavia per Kari
stating I was IV trained , and it was signed off on. I
am NOT fully trained, and those words NEVER came
out of my mouth. Also , this is the fourth time within
the last 4 weeks I've picked up, and Kari specifically
has moved me every time. When someone picks up
a shift , they are expecting to do exactly what they've
said up for . If others that are already scheduled can
do a position , it would be more reasonable to move
them around. Going forward , any shifts that I have
agreed to pick up a specific area, and you all can't
grant that agreement . I would like to be removed
from future shifts I've bided on. Also, Kari has
threatened me with an occurrence since I went

 Reply   

union rep, they will be attached to this email.

   
Mail        Calendar        Copilot        Apps

Not quite sure who spoke with Octavia per Kari stating I was IV trained , and it was signed off on. I am NOT fully trained, and those words NEVER came out of my mouth. Also , this is the fourth time within the last 4 weeks I've picked up, and Kari specifically has moved me every time. When someone picks up a shift , they are expecting to do exactly what they've said up for . If others that are already scheduled can do a position , it would be more reasonable to move them around. Going forward , any shifts that I have agreed to pick up a specific area, and you all can't grant that agreement . I would like to be removed from future shifts I've bided on. Also, Kari has threatened me with an occurrence since I went home when we were overstaffed to begin with . I would like to meet with the head of HR, and my union rep, they will be attached to this email.

Thank you!


Best Regards,


**Ambria Almon, CPhT**

UChicago Medicine

**5841 S. Maryland Ave.|Chicago|IL 60637**

↩ ˅ Reply   ✉ 🗑 🗄 ⋯

Mail   Calendar   Copilot   Apps



**Bircanin, Katarina [UCM]**
To You

Aug 15
· · ·

☺

Hi Ambria,

I want to close the loop on this investigation. Leadership was under the impression that you were trained in IV and they moved you based on that belief. If that is not true, I suggest that you speak with them to arrange for additional training. Management has the right to move employees from their assignments and I cannot substantiate that this is retaliatory in nature. Other techs also get moved on a regular basis. If you have evidence to show you get moved more than others, you are welcome to submit to me for further review.

Leadership assess operational needs and employee qualifications when they make these moves. I suggest that in the future you comply with their ask and if you have an issue with it, you are welcome to submit a concern or file a grievance. Employees are expected to comply with direct orders unless they are illegal or put you in danger and complying can lead to disciplinary action up to and including termination.

Thank you.

↩ ⌄ **Reply**          ✉ 🗑 🗄 · · ·



**Mail**  ·  30 Calendar  ·  Copilot  ·  Apps



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

Print Form

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

### Employee Information

Employee Name:  Ambria Almon
Dept./Cost Center:  64100
Date Issued:  8/13/25

Job Title:  Pharmacy Technician 2
Manager:  Joseph Griffin
Union:  Teamsters 743

**Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination**

### I.   CORRECTIVE ACTION (Check only one)

1. ☒ Documented Verbal Warning (*Retain in Department File Only*)
2. ☐ Written Warning
3. ☐ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation?   Yes ☐ No ☐

Employee was suspended without pay for _____ working days, from _____ through _____

### II.   REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy
☒ Unsatisfactory Work Performance
☐ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

**Employee/Labor Relations must be consulted prior to issuing corrective action for the following:**

☐ Violation of UCMC Harassment Policy
☐ Falsification or misuse of records or information
☐ Insubordination (refusal to follow directive given by individual in a supervisory role)
☐ Sleeping or giving the appearance of sleeping on the job
☐ Theft
☐ Job abandonment
☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy
☒ Performing job assignment grossly inconsistent with outlines job duties and responsibilities
☐ Abusive or threatening language or behavior; fighting
☐ Other

### Description or reason(s) for action:

Failure to perform work & working from a designated location instructed by a pharmacist & pharmacy manager on 8/8 & 8/9.

A copy of this form was:  ☐ given to/   ☐ mailed to the above employee on        (date). 5/13/25

| Employee Signature | Date |
|---|---|
| ATS   RTS | |

| Manager Signature | Date |
|---|---|
| | 6/13/25 |

| Union Representative Signature  (or/if)  Union Representative Waived   (*Employee Initials*) | Date |
|---|---|
| Ronnie | 08-13-25 |

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only.

Revised E/LR 1/2010



THE UNIVERSITY OF
CHICAGO
MEDICAL CENTER

## CORRECTIVE ACTION FORM FOR BIWEEKLY EMPLOYEES

### Employee Information

Employee Name: **Ambria Almon**　　　Job Title: **Pharmacy Technician II**

Dept./Cost Center: **64100**　　　Manager: **Joseph Griffin**

Date Issued: **9/25/25**　　　Union: **743**

### Employee/Labor Relations must be consulted prior to issuing a Final Written Warning or Termination

#### I. CORRECTIVE ACTION (Check only one)

1. ☐ Documented Verbal Warning (*Retain in Department File Only*)
2. ☒ Written Warning
3. ☐ Final Written Warning
4. ☐ Termination

Was the employee suspended pending investigation?　Yes ☐　No ☒

Employee was suspended without pay for _____ working days, from _____ through _____ .

### II. REASON(S) FOR CORRECTIVE ACTION

☐ Violation of Biweekly Employee Attendance Policy　☒ Unsatisfactory Work Performance　☐ Failure to comply with Pride Values/Care Standards/ Workplace Civility Policies

### Employee/Labor Relations must be consulted prior to issuing corrective action for the following:

☐ Violation of UCMC Harassment Policy

☐ Falsification or misuse of records or information

☐ Insubordination (refusal to follow directive given by individual in a supervisory role)

☐ Sleeping or giving the appearance of sleeping on the job

☐ Theft

☐ Job abandonment

☐ Possession or use of intoxicants/Violation of Fitness for Duty Policy

☒ Performing job assignment grossly inconsistent with outlines job duties and responsibilities

☐ Abusive or threatening language or behavior; fighting

☐ Other

**Description or reason(s) for action:**

Employee returned from PTO on 9/24 with nails done and in violation of HR602 and USP standards. The scheduled shift immediately returning from PTO was an IV room shift, and there were no other available compounders leaving the 9/24 PM shift short 1 compounder. Employee should have returned from PTO fit for duty.

A copy of this form was:　☐ given to/　☒ mailed to the above employee on **9/25/25**　　　(date).

| | Date |
|---|---|
| *Employee Signature* | |
| RTS | 9/25/25 |
| *Manager Signature* | Date |
| Dominic Espejo | 9/25/25 |
| *Union Representative Signature (or/if) Union Representative Waived* (*Employee Initials*) | Date |
| KM | 9/25/25 |

Please make copies for the following: Union Steward (if applicable); Department File; and Employee/Labor Relations- except Documented Verbal Warning; which is retained in Department File Only.

Revised 5/LR 1/2010

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Illinois  ⬙

### Eastern Division

| | |
|---|---|
| Ambria Almon | ) |
| | ) |
| | ) |
| _____ | ) |
| **Plaintiff(s)** | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| Kari Ford | ) |
| | ) |
| | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ambria Almon |
| Street Address | 5533 South Green |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60621 |
| Telephone Number | 773-339-6746 |
| E-mail Address | aalmon02@gmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Chicago Medicine |
| Job or Title *(if known)* | Corporation |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Kari Ford |
| Job or Title *(if known)* | Pharmacy Distribution Systems Manager |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |
| E-mail Address *(if known)* | kari.ford@uchicagomedicine.org |

Defendant No. 3

| | |
|---|---|
| Name | Octavia Dunn |
| Job or Title *(if known)* | Pharmacy Distribution Systems Manager |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |
| E-mail Address *(if known)* | octavia.dunn@uchicagomedicine.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.**     **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | University of Chicago Medicine |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |

**II.**     **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

**III.**     **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me.

☐     Termination of my employment.

☐     Failure to promote me.

☑     Failure to accommodate my disability.

☑     Unequal terms and conditions of my employment.

☑     Retaliation.

☐     Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.     I believe that defendant(s) *(check one)*:

☑     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐     race     _____

☐     color     _____

☐     gender/sex     _____

☐     religion     _____

☐     national origin     _____

☐     age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☑     disability or perceived disability *(specify disability)*
Disability, Scoliosis 12/29/2024

E.     The facts of my case are as follows. Attach additional pages if needed.

I, Ambria Almon, began working as a Certified Pharmacy Technician II at University of Chicago Medicine, Hyde Park, in October 2024. Shortly after starting, I disclosed my disability—chronic nerve pain caused by prior scoliosis surgery and a severe semi-truck accident—and requested reasonable accommodations. On December 29, 2024, I was moved without notice to work in the Center for Care and Discovery (CCD) building, an area where I had not been trained and which required physically demanding tasks that worsened my condition. When I informed the manager on duty, Kari Ford, of my limitations, she dismissively told me to "either do your job or go home," forcing me to leave work in pain. I promptly reported this incident and submitted medical documentation. Despite submitting formal

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
July 21, 2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*  07/22/2025 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a direct and proximate result of the Defendant's disability discrimination, failure to provide reasonable accommodations, hostile work environment, unequal terms and conditions of employment, and unlawful retaliation, I have suffered substantial physical pain, emotional distress, and financial harm. The exacerbation of my pre-existing nerve pain related to scoliosis, coupled with the persistent stress and anxiety caused by the hostile and retaliatory work environment, has necessitated significant modifications to my prescribed medications for anxiety and depression. These adverse effects have impaired my ability to perform my employment duties and have negatively impacted my overall health and well-being. Accordingly, I respectfully request that this Court order the Defendant to immediately provide all reasonable accommodations required under the Americans with

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09/15/2025

Signature of Plaintiff

Printed Name of Plaintiff    Ambria Almon

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print     Save As...     Add Attachment     Reset

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Illinois  ◉

### Eastern Division

| | | |
|---|---|---|
| Ambria Almon | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **–v–** | ) | |
| | ) | |
| | ) | |
| Octavia Dunn | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ambria Almon |
| Street Address | 5533 South Green |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60621 |
| Telephone Number | 773-339-6746 |
| E-mail Address | aalmon02@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Chicago Medicine |
| Job or Title *(if known)* | Corporation |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Kari Ford |
| Job or Title *(if known)* | Pharmacy Distribution Systems Manager |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |
| E-mail Address *(if known)* | kari.ford@uchicagomedicine.org |

Defendant No. 3

| | |
|---|---|
| Name | Octavia Dunn |
| Job or Title *(if known)* | Pharmacy Distribution Systems Manager |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |
| E-mail Address *(if known)* | octavia.dunn@uchicagomedicine.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | University of Chicago Medicine |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | 7737029634 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐  Other federal law *(specify the federal law)*:

☐  Relevant state law *(specify, if known)*:

☐  Relevant city or county law *(specify, if known)*:

Page 3 of  6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☑    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)*    _____    *(only when asserting a claim of age discrimination.)*

☑    disability or perceived disability *(specify disability)*

Disability, Scoliosis 12/29/2024

E.    The facts of my case are as follows.  Attach additional pages if needed.

As a direct and proximate result of the Defendant's disability discrimination, failure to provide reasonable accommodations, hostile work environment, unequal terms and conditions of employment, and unlawful retaliation, I have suffered substantial physical pain, emotional distress, and financial harm. The exacerbation of my pre-existing nerve pain related to scoliosis, coupled with the persistent stress and anxiety caused by the hostile and retaliatory work environment, has necessitated significant modifications to my prescribed medications for anxiety and depression. These adverse effects have impaired my ability to perform my employment duties and have negatively impacted my overall health and well-being. Accordingly, I respectfully request that this Court order the Defendant to immediately provide all reasonable accommodations required under the Americans with

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09/15/2025

Signature of Plaintiff

Printed Name of Plaintiff          Ambria Almon

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print          Save As...          Add Attachment          Reset

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I, Ambria Almon, began working as a Certified Pharmacy Technician II at University of Chicago Medicine, Hyde Park, in October 2024. Shortly after starting, I disclosed my disability—chronic nerve pain caused by prior scoliosis surgery and a severe semi-truck accident—and requested reasonable accommodations. On December 29, 2024, I was moved without notice to work in the Center for Care and Discovery (CCD) building, an area where I had not been trained and which required physically demanding tasks that worsened my condition. When I informed the manager on duty, Kari Ford, of my limitations, she dismissively told me to "either do your job or go home," forcing me to leave work in pain. I promptly reported this incident and submitted medical documentation. Despite submitting formal

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
July 21, 2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   07/22/2025   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois ▾

Eastern Division

|  |  |  |
|---|---|---|
| Ambria Almon | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| ***Plaintiff(s)*** | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| University of Chicago Medicine | ) | |
| Kari Ford | ) | |
| Octavia Dunn | ) | |
| _____ | ) | |
| ***Defendant(s)*** | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ambria Almon |
| Street Address | 5533 South Green |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60621 |
| Telephone Number | 773-339-6746 |
| E-mail Address | aalmon02@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | University of Chicago Medicine |
| Job or Title *(if known)* | Corporation |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | (773) 702-9634 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Kari Ford |
| Job or Title *(if known)* | Pharmacy Distribution Systems Manager |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | (773) 702-9634 |
| E-mail Address *(if known)* | kari.ford@uchicagomedicine.org |

Defendant No. 3

| | |
|---|---|
| Name | Octavia Dunn |
| Job or Title *(if known)* | Pharmacy Distribution Systems Manager |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | (773) 702-9634 |
| E-mail Address *(if known)* | octavia.dunn@uchicagomedicine.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | University of Chicago Medicine |
| Street Address | 6054 South Drexel Avenue |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois, 60637 |
| Telephone Number | (773) 702-9634 |

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

**III.**     **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.     I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  Disability, Scoliosis 12/29/2024

E.     The facts of my case are as follows. Attach additional pages if needed.

I, Ambria Almon, began working as a Certified Pharmacy Technician II at University of Chicago Medicine, Hyde Park, in October 2024. Shortly after starting, I disclosed my disability—chronic nerve pain caused by prior scoliosis surgery and a severe semi-truck accident—and requested reasonable accommodations. On December 29, 2024, I was moved without notice to work in the Center for Care and Discovery (CCD) building, an area where I had not been trained and which required physically demanding tasks that worsened my condition. When I informed the manager on duty, Kari Ford, of my limitations, she dismissively told me to " either do your job or go home," forcing me to leave work in pain. I promptly reported this incident and submitted medical documentation. Despite submitting formal accommodation requests to Human Resources in February 2025 and following up multiple times, I

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
July 21, 2025

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   07/22/2025   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a direct and proximate result of the Defendant's disability discrimination, failure to provide reasonable accommodations, hostile work environment, unequal terms and conditions of employment, and unlawful retaliation, I have suffered substantial physical pain, emotional distress, and financial harm. The exacerbation of my pre-existing nerve pain related to scoliosis, coupled with the persistent stress and anxiety caused by the hostile and retaliatory work environment, has necessitated significant modifications to my prescribed medications for anxiety and depression. These adverse effects have impaired my ability to perform my employment duties and have negatively impacted my overall health and well-being. Accordingly, I respectfully request that this Court order the Defendant to immediately provide all reasonable accommodations required under the Americans with Disabilities Act, conduct a thorough investigation into the hostile work environment and retaliatory conduct, and

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/15/2025

Signature of Plaintiff

Printed Name of Plaintiff     Ambria Almon

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print     Save As...     Add Attachment     Reset