BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
1/25/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Ambria Almon | ) | |
| | ) | **Case Number**: 1:25-cv-12718 |
| Plaintiff | ) | |
| | ) | **Judge:** Hon. Jeffrey I. Cummings, D |
| v. | ) | |
| Unviversity of Chicago et. al | ) | **Magistrate Judge:** Hon. Jeffrey T. Gilbert, Magi |
| | ) | |
| Defendant | ) | |

PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT
AS TO DEFENDANT OCTAVIA DUNN
(FED. R. CIV. P. 55(a))

Plaintiff Ambria Almon, proceeding pro se, respectfully moves the Clerk of Court for entry of default against Defendant Octavia Dunn pursuant to Federal Rule of Civil Procedure 55(a).

1. Defendant Octavia Dunn was properly served with the Summons and Complaint, as reflected on the docket.
2. Defendant's response was due January 14, 2026.
3. Defendant failed to plead or otherwise defend.
4. No extension was requested or granted.
5. Defendant is therefore in default under Rule 55(a).

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Octavia Dunn.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]