

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**AMBRIA ALMON**, Plaintiff

v.

**UNIVERSITY OF CHICAGO MEDICINE**, and **KARI DUNN**, Defendants.

Case No. 1:25-cv-12718
Hon. Jeffrey I. Cummings, District Judge
Hon. Jeffrey T. Gilbert, Magistrate Judge

Date: February 05, 2026

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

I, Ambria Almon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. Defendant University of Chicago Medicine was served with the Summons and Complaint on January 7, 2026.
2. Defendant Kari Dunn was served with the Summons and Complaint on January 14, 2026.
3. Neither Defendant filed an Answer, motion, or appearance within the time required by Federal Rule of Civil Procedure 12(a).


Executed on February 05, 2026.

_____
Ambria Almon