


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**AMBRIA ALMON**, Plaintiff

v.

**UNIVERSITY OF CHICAGO MEDICINE**, and **KARI DUNN**, Defendants.

Case No. 1:25-cv-12718
Hon. Jeffrey I. Cummings, District Judge
Hon. Jeffrey T. Gilbert, Magistrate Judge

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Ambria Almon respectfully requests that the Clerk of Court enter default against Defendants University of Chicago Medicine and Kari Dunn pursuant to Federal Rule of Civil Procedure 55(a).

University of Chicago Medicine was served on January 7, 2026. Kari Dunn was served on January 14, 2026. Pursuant to Rule 12(a), University of Chicago Medicine's response was due January 28, 2026, and Kari Dunn's response was due February 4, 2026. Neither Defendant has filed an Answer or otherwise responded.


Respectfully submitted,

Ambria Almon
Plaintiff, Pro Se