


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**AMBRIA ALMON**, Plaintiff

v.

**UNIVERSITY OF CHICAGO MEDICINE**, and **KARI DUNN**, Defendants.

Case No. 1:25-cv-12718
Hon. Jeffrey I. Cummings, District Judge
Hon. Jeffrey T. Gilbert, Magistrate Judge

Date: February 05, 2026

## COVER LETTER

Dear Clerk of the Court:

Please file the enclosed Request for Clerk's Entry of Default, Affidavit in Support of Entry of Default, and Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55 in the above-captioned matter. Defendants were properly served, and the time to respond has expired.

Thank you for your attention to this filing.


Respectfully submitted,

Ambria Almon
Plaintiff, Pro Se
P.O. Box 719
La Porte, IN 46352
773-339-6746
aalmon02@gmail.com

Dated: February 05, 2026