**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: AMBRIA ALMON v. UNIVERSITY OF CHICAGO MEDICAL CENTER, KARI FORD, and OCTAVIA DUNN

Case Number: 1:25-cv-12718

An appearance is hereby filed by the undersigned as attorney for:
Defendants University of Chicago Medical Center, Kari Ford, and Octavia Dunn

Attorney name (type or print): Cara J. Ottenweller

Firm: Vedder Price P.C.

Street address: 222 N. LaSalle Street, Ste 2600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6308063
(See item 3 in instructions)

Telephone Number: 312 609-7735

Email Address: cottenweller@vedder.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | X Yes | ☐ No |
| Are you a member of the court's general bar? | X Yes | ☐ No |
| Are you a member of the court's trial bar? | X Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | X No |
| If this case reaches trial, will you act as the trial attorney? | X Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/12/2026

Attorney signature: S/ Cara J. Ottenweller
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023