**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Ambria Almon

                                   Plaintiff,

v.                                                Case No.: 1:25–cv–12718
                                                      Honorable Jeffrey I Cummings

University of Chicago Medicine, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 9, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: This case has been assigned to the calendar of Judge Jeffrey I. Cummings. The Court has reviewed the parties' recent filings and orders as follows. Plaintiff's application to proceed in forma pauperis [4] is denied as moot as plaintiff has since paid the filing fee. The Court is in receipt of defendants' motion to dismiss and plaintiff's response. Defendants' motion is taken under advisement and the Court will issue a ruling in due course. No reply is required. In light of this Order, and within its discretion, plaintiff's motions for entry of default [16] [20] are denied. Also, within its discretion, the Court stays discovery pending further order of the Court. On or before 5/1/26, the parties shall file a joint initial status report in accordance with the template available on the Court's website under the case management procedure titled "Initial Status Report for Newly Filed Cases." The parties shall also review all of the case management procedures and standing orders available on the Court's website. Initial tracking status hearing set for 5/29/26 at 9:00 a.m. to track the case only (no appearance is required and the case will not be called). Instead, the Court will review the parties' joint initial status report and enter further orders as appropriate. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.